IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **MAREK ZAREBSKI,** | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) Case No. 22-cv-1256 |
| v. | ) |
| | ) Hon. Sharon Johnson Coleman |
| **GRECIAN DELIGHT FOODS, INC.,** | ) |
| | ) Magistrate Judge Jeffrey Cole |
| *Defendant.* | ) |
| | ) |
| | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE UNDER FED. R. CIV. P. 41(a)(1)(A)(ii)

Plaintiff Marek Zarebski, through undersigned counsel, now submits this Stipulation of Dismissal with Prejudice Under Fed. R. Civ. P. 41(a)(1)(A)(ii). The parties to this lawsuit have resolved their dispute. Counsel for all parties have signed this document.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| MAREK ZAREBSKI | GRECIAN DELIGHT FOODS, INC. |
| */s/Alexandros Stamatoglou* | */s/Elizabeth N. Hall* |
| Plaintiff's attorney | One of Defendant's Attorneys |
| Alexandros Stamatoglou | Elizabeth N. Hall, Bar No. 6286976 |
| Villalobos & Associates | ehall@vedderprice.com |
| 1620 W. 18th Street | Ryan S. Burandt, Bar No. 6329488 |
| Chicago, Illinois 60608 | rburandt@vedderprice.com |
| Ph: (312) 666-9982 | Vedder Price P.C. |
| astamatoglou@villaloboslaw.com | 222 North LaSalle Street, Suite 2600 |
| | Chicago, Illinois 60601-1003 |
| | (312) 609-7500 |
| Dated: May 12, 2022 | Dated: May 12, 2022 |

## **CERTIFICATE OF SERVICE**

The undersigned attorney now certifies that this document was served on all counsel of record on May 12, 2022 via the CM/ECF system.

/s/ *Alexandros Stamatoglou*